In re the ESTATE OF Hester SCOTT, Deceased.

Frank J. MURPHY, Personal Representative for the Estate, Plaintiff,

v.

David R. SMALLEY, Appellant,

and

Commercial Union Insurance Company, Respondent.

No. WD 49835.

Missouri Court of Appeals, Western District.

April 25, 1995.

David R. Smalley, Kansas City, pro se.

Bernard Balkin, Kansas City, for respondent.

Before SPINDEN, P.J., FENNER, C.J., and ULRICH, J.

## ORDER

PER CURIAM:

David R. Smalley appeals the trial court's entry of summary judgment against him. We affirm. Because we do not discern any jurisprudential value of publishing an opin-

ion, we issue this summary order pursuant to Rule 84.16(b).